Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−12573−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Glenn C. Smith
    20 Ferndale Drive
    Parsippany, NJ 07054

Social Security No.:
    xxx−xx−8273

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/11/19 at 10:00 AM

to consider and act upon the following:

*32* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/21/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*34* − Objection to Trustee Certification of Default (related document:32 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/21/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Andrea Silverman on behalf of Glenn C. Smith. (Silverman, Andrea)

Dated: 11/19/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 19-12573-SLM
Glenn C. Smith                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Nov 19, 2019
                             Form ID: ntchrgbk         Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2019.
db             +Glenn C. Smith,    20 Ferndale Drive,    Parsippany, NJ 07054-1649
cr             +DITECH FINANCIAL LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                Fairfield, NJ 07004-2927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2019 at the address(es) listed below:
            Andrea  Silverman    on behalf of Debtor Glenn C. Smith court@andreasilvermanlaw.com,
             r62214@notify.bestcase.com
            Kevin Gordon McDonald    on behalf of Creditor   DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Kevin Gordon McDonald    on behalf of Creditor   Ditech Financial LLC. kmcdonald@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Laura M. Egerman    on behalf of Creditor   DITECH FINANCIAL LLC bkyecf@rasflaw.com,
             bkyecf@rasflaw.com;legerman@rasnj.com
            Marie-Ann  Greenberg    magecf@magtrustee.com
            Robert  Davidow    on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com
            Sindi  Mncina    on behalf of Creditor   Ditech Financial LLC. smncina@rascrane.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 8