UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Andrea Silverman, PC
150 River Road, O2B
Montville, NJ 07045
(973)794-3960/(973)794-3962(fax)
Bar ID 018642004
Attorney for Debtor(s)

**Order Filed on November 22, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Glenn Smith

| | |
|---|---|
| Case No.: | 19-12573 |
| Chapter: | 13 |
| Judge: | SLM |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 22, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation filed by _____Debtor (w/Ditech)_____, on _____5/07/2019_____, and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtors_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____2/22/2020_____ .

The Loss Mitigation Period is terminated, effective _____ .

*new.8/1/11*