| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR **9004-2(c)** |
| ANDREA SILVERMAN, PC (AS5218)<br>150 River Road,<br>Unit O2B<br>Montville, NJ 07045<br>Phone: 973-794-3960<br>Attorney for Debtor |

Order Filed on January 23, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Glenn C Smith

                  Debtor(s)

Case No.:  19-12563

Chapter:  13

Hearing Date:  January 21, 2020 @ 2:30 pm

Judge: Hon. Stacey L Meisel

**ORDER GRANTING PRE- AND POST-CONFIRMATION CHAPTER 13 FEES**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: January 23, 2020**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:  2
Debtors: Glenn C Smith
Case No. 19-12563-SLM
Caption:  Order Granting Pre- and Post-Confirmation Chapter 13 Fees
_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,**  that Andrea Silverman, Esq., is allowed of fee of $6,241.50 for additional services and $475.80 for disbursements for a total of $6,717.30 less amount of $5,990.00 previously received for a total due of $727.30.  The allowance shall be  payable:

_____X____        through the Chapter 13 plan as an administrative priority .


_____        outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment will remain unchanged; and it is further;

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.