| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ANDREA SILVERMAN, PC (AS5218)<br>150 River Road,<br>Unit O2B<br>Montville, NJ 07045<br>Phone: 973-794-3960<br>Attorney for Debtor | Order Filed on January 23, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br><br>Glenn C Smith<br><br>Debtor(s) | Case No.    19-12563<br><br>Chapter:    13<br><br>Hearing Date:    January 21, 2020 @ 2:30 pm<br><br>Judge: Hon. Stacey L Meisel |

### ORDER GRANTING PRE- AND POST-CONFIRMATION CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: January 23, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:   2
Debtors: Glenn C Smith
Case No. 19-12563-SLM
Caption:  Order Granting Pre- and Post-Confirmation Chapter 13 Fees
_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Andrea Silverman, Esq., is allowed of fee of $6,241.50 for additional services and $475.80 for disbursements for a total of $6,717.30 less amount of $5,990.00 previously received for a total due of $727.30.  The allowance shall be  payable:

_____X_____      through the Chapter 13 plan as an administrative priority .


_____      outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment will remain unchanged; and it is further;

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:  
Glenn C. Smith  
    Debtor

Case No. 19-12573-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Jan 23, 2020  
　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2020.  
db　　　　　+Glenn C. Smith,　20 Ferndale Drive,　Parsippany, NJ 07054-1649

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2020 at the address(es) listed below:

    Aleisha Candace Jennings　　on behalf of Creditor　New Residential Mortgage LLC ajennings@rasflaw.com  
    Jenee K. Ciccarelli　　on behalf of Debtor Glenn C. Smith info@jc-lawpc.com, nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com  
    Kevin Gordon McDonald　　on behalf of Creditor　DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Kevin Gordon McDonald　　on behalf of Creditor　Ditech Financial LLC. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Laura M. Egerman　　on behalf of Creditor　DITECH FINANCIAL LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
    Marie-Ann Greenberg　　magecf@magtrustee.com  
    Robert Davidow　　on behalf of Creditor　DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
    Sindi Mncina　　on behalf of Creditor　Ditech Financial LLC. smncina@rascrane.com  
    U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov

                                                                  TOTAL: 9