Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

            Case No.: 19−12573−SLM
            Chapter: 13
            Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Glenn C. Smith
   20 Ferndale Drive
   Parsippany, NJ 07054

Social Security No.:
   xxx−xx−8273

Employer's Tax I.D. No.:

### NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Stacey L. Meisel on

Date:            March 25, 2020
Time:           10:00 AM
Location:       Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

to consider and act upon the following:

**51** − Motion to Approve Loan Modification with Shellpoint Mortgage Servicing Filed by Jenee K. Ciccarelli on behalf of Glenn C. Smith. Objection deadline is 03/17/2020. (Attachments: # 1 Certification of Debtor # 2 Proposed Order # 3 Certificate of Service) (Ciccarelli, Jenee) Modified on 3/4/2020 (Heim, Robert). INCORRECT FORM OF ORDER ATTACHED, AND PAPERS SERVED SCHEDULE HEARING FOR 3/25/2020 AT 10:00 AM.

and transact such other business as may properly come before the meeting.


Dated: March 4, 2020
JAN: rah

                                                  Jeanne Naughton
                                                  Clerk