Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−12573−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Glenn C. Smith
   20 Ferndale Drive
   Parsippany, NJ 07054

Social Security No.:
   xxx−xx−8273

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Stacey L. Meisel on

Date:          March 25, 2020
Time:         10:00 AM
Location:     Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

to consider and act upon the following:

*51* − Motion to Approve Loan Modification with Shellpoint Mortgage Servicing Filed by Jenee K. Ciccarelli on behalf of Glenn C. Smith. Objection deadline is 03/17/2020. (Attachments: # 1 Certification of Debtor # 2 Proposed Order # 3 Certificate of Service) (Ciccarelli, Jenee) Modified on 3/4/2020 (Heim, Robert). INCORRECT FORM OF ORDER ATTACHED, AND PAPERS SERVED SCHEDULE HEARING FOR 3/25/2020 AT 10:00 AM.

and transact such other business as may properly come before the meeting.


Dated: March 4, 2020
JAN: rah

                                         Jeanne Naughton
                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Glenn C. Smith  
    Debtor

Case No. 19-12573-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 04, 2020  
                    Form ID: 173    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2020.  
db        +Glenn C. Smith,   20 Ferndale Drive,   Parsippany, NJ 07054-1649  
cr        +DITECH FINANCIAL LLC,   RAS Citron, LLC,   130 Clinton Road, Suite 202,   Fairfield, NJ 07004-2927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2020 at the address(es) listed below:  
        Aleisha Candace Jennings   on behalf of Creditor   New Residential Mortgage LLC ajennings@rasflaw.com  
        Jenee K. Ciccarelli   on behalf of Debtor Glenn C. Smith info@jc-lawpc.com, nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com  
        Kevin Gordon McDonald   on behalf of Creditor   DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald   on behalf of Creditor   Ditech Financial LLC. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Laura M. Egerman   on behalf of Creditor   DITECH FINANCIAL LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Robert Davidow   on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
        Sindi Mncina   on behalf of Creditor   Ditech Financial LLC. smncina@rascrane.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                          TOTAL: 9