| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR **9004-2(c)**<br><br>Jenèe K. Ciccarelli, Esq. (JC/0693)<br>Ciccarelli Law, PC<br>47 Park Ave., Suite 304<br>West Orange, New Jersey 07052<br>Phone: 973-737-9060<br>Fax: 973-619-0023<br>jenee@jc-lawpc.com | **Order Filed on April 22, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |

| | |
|---|---|
| In Re:<br><br>Glenn C Smith<br><br>Debtor(s) | Case No.:  19-12573  ~~19-25759~~<br><br>Chapter:  13<br><br>Hearing Date:  April 21, 2020 @ 2:30 pm<br><br>Judge: Hon. Stacey L Meisel |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: April 22, 2020**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:   2
Debtors: Glenn C Smith
Case No. 19-12573/SLM
Caption:  Order Granting Supplemental Chapter 13 Fees

_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

  **ORDERED,**  that Jenee Ciccarelli, Esq., is allowed of fee of $3,631.50 for additional services and $17.25 for disbursements for a total of $3,648.75 less amount of $00.00 previously received for a total due of $3,648.75.  The allowance shall be  payable:

_____X____        through the Chapter 13 plan as an administrative priority .

_____        outside the Chapter 13 plan.

**ORDERED**, that Debtor's Plan payment shall remain the same; and it is further,

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.