**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jenèe K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
47 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone: 973-737-9060
Fax: 973-619-0023
jenee@jc-lawpc.com

Order Filed on January 6, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Glenn C Smith

Debtor(s)

Case No.: 19-2~~5759~~ 12573

Chapter: 13

Hearing Date: January 5, 2021 @ 2:30 ~~pm~~

Judge: Hon. Stacey L Meisel

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: January 6, 2021**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:   2
Debtors: Glenn C Smith
Case No. 19-12573/SLM
Caption:  Order Granting Supplemental Chapter 13 Fees
_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Jenee Ciccarelli, Esq., is allowed of fee of $1,435.50 for additional services and $3.20 for disbursements for a total of $1,438.70.  The allowance shall be payable:

_____X____        through the Chapter 13 plan as an administrative priority .

_____        outside the Chapter 13 plan.

**ORDERED**, that Debtor's Plan payment shall remain the same; and it is further,

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.