| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Jenèe K. Ciccarelli, Esq. (JC/0693)<br>Ciccarelli Law, PC<br>47 Park Ave., Suite 304<br>West Orange, New Jersey 07052<br>Phone: 973-737-9060<br>Fax: 973-619-0023<br>jenee@jc-lawpc.com | Order Filed on January 6, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Glenn C Smith<br><br><br>Debtor(s) | Case No.   19-~~25759~~ 12573<br><br>Chapter:   13<br><br>Hearing Date:   January 5, 2021 @ 2:30<br><br>~~pm~~ Judge: Hon. Stacey L Meisel |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: January 6, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:   2
Debtors: Glenn C Smith
Case No. 19-12573/SLM
Caption:  Order Granting Supplemental Chapter 13 Fees

_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

   **ORDERED,**  that Jenee Ciccarelli, Esq., is allowed of fee of $1,435.50 for additional services and $3.20 for disbursements for a total of $1,438.70.  The allowance shall be payable:

\_\_\_\_\_X\_\_\_\_         through the Chapter 13 plan as an administrative priority .

_____         outside the Chapter 13 plan.

**ORDERED**, that Debtor's Plan payment shall remain the same; and it is further,

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.

United States Bankruptcy Court

District of New Jersey

In re:  
Glenn C. Smith  
    Debtor(s)

Case No. 19-12573-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 06, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

**Recip ID**    **Recipient Name and Address**  
db    + Glenn C. Smith, 20 Ferndale Drive, Parsippany, NJ 07054-1649

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:

**Name**    **Email Address**

Aleisha Candace Jennings  
    on behalf of Creditor New Residential Mortgage LLC ajennings@raslg.com

Jenee K. Ciccarelli  
    on behalf of Debtor Glenn C. Smith info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Kevin Gordon McDonald  
    on behalf of Creditor Ditech Financial LLC. kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Kevin Gordon McDonald  
    on behalf of Creditor DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Laura M. Egerman  
    on behalf of Creditor DITECH FINANCIAL LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com

Marie-Ann Greenberg  
    magecf@magtrustee.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 06, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Melissa N. Licker
    on behalf of Creditor New Residential Mortgage LLC NJ_ECF_Notices@mccalla.com  mccallaecf@ecf.courtdrive.com

Melissa N. Licker
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING NJ_ECF_Notices@mccalla.com
    mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor New Residential Mortgage LLC phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING phillip.raymond@mccalla.com
    mccallaecf@ecf.courtdrive.com

Sindi Mncina
    on behalf of Creditor Ditech Financial LLC. smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12